# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAREK, MICHELLE N. | § | Case No. 15-18344 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/22/2016 in Courtroom Second Floor,
         Joliet City Hall
         150 West Jefferson, 2nd Floor
         Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/23/2015            By: _____


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| MAREK, MICHELLE N. § | Case No. 15-18344 | |
| § | | |
| Debtor § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 43,000.00 |
| and approved disbursements of | $ | 183.26 |
| leaving a balance on hand of[1] | $ | 42,816.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

NONE

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,819.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. as | $ 1,104.48 | $ 0.00 | $ 1,104.48 |
| 000002 | Allied Anes Assoc PC | $ 91.80 | $ 0.00 | $ 91.80 |
| 000003 | American Express Centurion Bank | $ 1,557.40 | $ 0.00 | $ 1,557.40 |
| 000004 | American InfoSource LP as agent for | $ 216.81 | $ 0.00 | $ 216.81 |
| 000005 | Portfolio Recovery Associates, LLC | $ 1,124.87 | $ 0.00 | $ 1,124.87 |
| 000006 | Portfolio Recovery Associates, LLC | $ 9,700.02 | $ 0.00 | $ 9,700.02 |
| 000007 | Capital One, N.A. | $ 1,023.78 | $ 0.00 | $ 1,023.78 |

Total to be paid to timely general unsecured creditors    $    14,819.16

Remaining Balance    $    27,997.58

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 47.99 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 25,477.70 .

Prepared By: /s/_____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Michelle N. Marek
    Debtor

Case No. 15-18344-BWB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: lhuley    Page 1 of 1    Date Rcvd: Dec 28, 2015
                   Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2015.
```
db              +Michelle N. Marek,    P.O. Box 151,    Elwood, IL 60421-0151
23588241        +Allied Anes Assoc PC,    P.O. Box 1123,    Jackson MI 49204-1123
23323797        +American Express,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
23657154         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23323798         Associated Anesthesiologists Joliet,    PO Box 936,    Bedford Park, IL 60499-0936
23323799        +Brian T. Marek,    19841 Tanglewood Drive,    Elwood, IL 60421-9523
23770853         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23323800         Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
23323801        +Citibank - Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
23323802        +Creditors Discount & Audit,    415 E Main St,    Streator, IL 61364-2927
23472842        +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
23323806        +Silver Cross Hospital,    Patient Accounts,    1900 Silver Cross Blvd,    New Lenox, IL 60451-9509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23669078         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 29 2015 00:41:49
                  American InfoSource LP as agent for,    Presence Health,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
23323803        +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 29 2015 00:32:37     Kohl's Credit/Recovery,
                  P.O. Box 3004,    Milwaukee, WI 53201-3004
23323804        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 29 2015 00:33:19     Midland Funding LLC,
                  8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
23323805         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2015 00:30:31
                  Portfolio Recovery Associates LLC,    120 Corporate Blvd,    Norfolk, VA 23502
23691585         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2015 00:31:01
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
23691588         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2015 00:31:01
                  Portfolio Recovery Associates, LLC,    Successor to US BANK,    POB 41067,    Norfolk, VA 23541
23323807        +E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2015 00:30:28     Synchrony Bank/Paypal Smart Con,
                  P.O. Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 7
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2015 at the address(es) listed below:
```
              John A Reed    on behalf of Debtor 1 Michelle N. Marek barbf@thebankruptcylaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```