UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
 §
MICHELLE N. MAREK § Case No. 15-18344
 §
 §
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 650.00 *(Without deducting any secured claims)* | Assets Exempt: 6,250.00 |
| Total Distributions to Claimants: 14,836.81 | Claims Discharged Without Payment: 20,306.00 |
| Total Expenses of Administration: 2,685.49 | |

3) Total gross receipts of $ 43,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 25,477.70  (see **Exhibit 2**), yielded net receipts of $ 17,522.30  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,685.49 | 2,685.49 | 2,685.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,497.25 | 14,819.16 | 14,819.16 | 14,836.81 |
| **TOTAL DISBURSEMENTS** | $ 36,497.25 | $ 17,504.65 | $ 17,504.65 | $ 17,522.30 |

　　　4) This case was originally filed under chapter 7 on 05/26/2015 . The case was pending for 13 months.

　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　Dated: 06/11/2016　　　　　　　By:/s/Peter N. Metrou, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Division of marital asssets - Debtor awarded $300, | 1129-000 | 43,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$43,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHELLE N. MAREK | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 25,477.70 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 25,477.70** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,502.23 | 2,502.23 | 2,502.23 |
| Associated Bank | 2600-000 | NA | 183.26 | 183.26 | 183.26 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,685.49 | $ 2,685.49 | $ 2,685.49 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 12 Silver Cross Hospital Patient Accounts 1900 Silver Cross Blvd New Lenox, IL 60451-9508 | | 5,000.00 | NA | NA | 0.00 |
| | Creditor #: 14 Synchrony Bank/Paypal Smart Con P.O. Box 965005 Orlando, FL 32896 | | 322.00 | NA | NA | 0.00 |
| | Creditor #: 3 Brian T. Marek 19841 Tanglewood Drive Elwood, IL 60421 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 4 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 13,472.00 | NA | NA | 0.00 |
| | Creditor #: 6 Creditors Discount & Audit 415 E Main St Streator, IL 61364 | | 321.00 | NA | NA | 0.00 |
| | Creditor #: 7 Creditors Discount & Audit 415 E Main St Streator, IL 61364 | | 86.00 | NA | NA | 0.00 |
| | Creditor #: 9 Midland Funding LLC 8875 Aero Drive Suite 200 San Diego, CA 92123 | | 1,104.00 | NA | NA | 0.00 |
| 2 | ALLIED ANES ASSOC PC | 7100-000 | 1,000.00 | 91.80 | 91.80 | 91.80 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,557.00 | 1,557.40 | 1,557.40 | 1,557.40 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 300.25 | 216.81 | 216.81 | 216.81 |
| 7 | CAPITAL ONE N. A | 7100-000 | 1,023.00 | 1,023.78 | 1,023.78 | 1,023.78 |
| 1 | MIDLAND CREDIT MANAGEMENT, INC. AS | 7100-000 | 953.00 | 1,104.48 | 1,104.48 | 1,104.48 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 1,125.00 | 1,124.87 | 1,124.87 | 1,124.87 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 10,233.00 | 9,700.02 | 9,700.02 | 9,700.02 |
| | ALLIED ANES ASSOC PC | 7990-000 | NA | NA | NA | 0.04 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 0.68 |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 0.10 |
| | MICHELLE N. MAREK | 7990-000 | NA | NA | NA | 11.15 |
| | MIDLAND CREDIT MANAGEMENT, INC. AS | 7990-000 | NA | NA | NA | 0.49 |
| | N. A. CAPITAL ONE | 7990-000 | NA | NA | NA | 0.45 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 4.74 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 36,497.25 | $ 14,819.16 | $ 14,819.16 | $ 14,836.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-18344 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MICHELLE N. MAREK | | | | Date Filed (f) or Converted (c): | 05/26/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/25/2015 |
| For Period Ending: | 06/11/2016 | | | | Claims Bar Date: | 10/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Misc Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Bank account with Heartland Bank # 2372 | 500.00 | 0.00 | | 0.00 | FA |
| 3. Misc Household Goods, Computer, Electronic Equipme | 350.00 | 0.00 | | 0.00 | FA |
| 4. Misc Books & Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 5. Misc Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. Misc Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7. Retirement through place of employment | Unknown | Unknown | | 0.00 | FA |
| 8. Division of marital asssets - Debtor awarded $300, | 300,000.00 | 300,000.00 | | 43,000.00 | FA |
| 9. 2013 Dodge Avenger Sedan - 50% interest | 5,500.00 | 650.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $306,900.00     $300,650.00     $43,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST on 12-17-2015. TFR hearing set for 2-5-16.

Initial Projected Date of Final Report (TFR): 06/01/2015     Current Projected Date of Final Report (TFR): 06/01/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-18344 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHELLE N. MAREK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5371 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1305 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/15 | 8 | MAREK, MICHELLE<br>Debtor's address | Partial Reciepts on marital assets. | | 1129-000 | $43,000.00 | | $43,000.00 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | $57.73 | $42,942.27 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | $63.84 | $42,878.43 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | $61.69 | $42,816.74 |
| 02/09/16 | 5001 | PETER N METROU<br>123 W. WASHINGTON STREETSUITE 216OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | 2100-000 | | $2,502.23 | $40,314.51 |
| 02/09/16 | 5002 | MIDLAND CREDIT MANAGEMENT, INC. AS<br><br>agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Claim 000001, Payment 100.04436% | | | | $1,104.97 | $39,209.54 |
| | | | | ($0.49) | 7990-000 | | | |
| | | MIDLAND CREDIT MANAGEMENT, INC. AS | Claim 000001, Payment 100.04436% | ($1,104.48) | 7100-000 | | | |
| 02/09/16 | 5003 | ALLIED ANES ASSOC PC<br><br>P.O. Box 1123<br>Jackson MI 49204 | Claim 000002, Payment 100.04357% | | | | $91.84 | $39,117.70 |
| | | | | ($0.04) | 7990-000 | | | |
| | | ALLIED ANES ASSOC PC | Claim 000002, Payment 100.04357% | ($91.80) | 7100-000 | | | |
| 02/09/16 | 5004 | AMERICAN EXPRESS CENTURION BANK<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 100.04366% | | | | $1,558.08 | $37,559.62 |
| | | | | ($0.68) | 7990-000 | | | |

| | | | Page Subtotals: | | | $43,000.00 | $5,440.38 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-18344 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | MICHELLE N. MAREK | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5371 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1305 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | AMERICAN EXPRESS CENTURION BANK | Claim 000003, Payment 100.04366% | ($1,557.40) | 7100-000 | | |
| 02/09/16 | 5005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000004, Payment 100.04612% | | | $216.91 | $37,342.71 |
| | | | | ($0.10) | 7990-000 | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Claim 000004, Payment 100.04612% | ($216.81) | 7100-000 | | |
| 02/09/16 | 5006 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>POB 41067<br>Norfolk VA 23541 | Claim 000005, Payment 100.04356% | | | $1,125.36 | $36,217.35 |
| | | | | ($0.49) | 7990-000 | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim 000005, Payment 100.04356% | ($1,124.87) | 7100-000 | | |
| 02/09/16 | 5007 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to US BANK<br>POB 41067<br>Norfolk, VA 23541 | Claim 000006, Payment 100.04381% | | | $9,704.27 | $26,513.08 |
| | | | | ($4.25) | 7990-000 | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim 000006, Payment 100.04381% | ($9,700.02) | 7100-000 | | |
| 02/09/16 | 5008 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 100.04395% | | | $1,024.23 | $25,488.85 |
| | | | | ($0.45) | 7990-000 | | |

Page Subtotals: $0.00 $12,070.77

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-18344  
Case Name: MICHELLE N. MAREK  
Taxpayer ID No: XX-XXX1305  
For Period Ending: 06/11/2016  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5371  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | N. A. CAPITAL ONE | Claim 000007, Payment 100.04395% | ($1,023.78) 7100-000 | | | |
| 02/09/16 | 5009 | MAREK, MICHELLE N. ELWOOD, IL  60421 | Surplus Funds | | | $25,488.85 | $0.00 |
| | | | | ($11.15) 7990-000 | | | |
| | | MICHELLE N. MAREK | Surplus Funds | ($25,477.70) 8200-002 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $43,000.00 | $43,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $43,000.00 | $43,000.00 |
| Less: Payments to Debtors | $0.00 | $25,477.70 |
| Net | $43,000.00 | $17,522.30 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $0.00    $25,488.85

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5371 - Checking Account (Non-Interest Earn | $43,000.00 | $17,522.30 | $0.00 |
| | $43,000.00 | $17,522.30 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $43,000.00 |
| Total Gross Receipts: | $43,000.00 |

Page Subtotals:   $0.00   $0.00